VAN C. DURRER, II (State Bar No. 226693)
Van.Durrer@skadden.com
DESTINY N. ALMOGUE (State Bar No. 316495)
Destiny.Almogue@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorney for Independent Third-Party*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: VITALY IVANOVICH SMAGIN,<br><br>Debtor in a Foreign Proceeding | Case No.: 2:21-BK-15342-BB<br>Chapter 15<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Hon. Sheri Bluebond<br>Ctrm: 1539<br><br>Edward R. Roybal Federal Building<br>and Courthouse<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

NOTICE OF APPEARANCE                                         CASE NO.: 2:21-BK-15342-BB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Van C. Durrer, II, SBN 226693 and Destiny N. Almogue, SBN 316495 of Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, are members of the State Bar of California and admitted to practice before this Court, and hereby enter appearances as counsel on behalf of SierraConstellation Partners LLC, the duly appointed Independent Third-Party (as defined in that certain *Order Granting Relief in Aid of Foreign Main Proceeding Pursuant To 11 U.S.C. § 1521* [Docket No. 84]), in the above-referenced matter.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully requests that all notices given or required to be given and all documents served or required to be served in the above-captioned cases be given and served on:

> Van C. Durrer II, Esq.
> Destiny N. Almogue, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> 300 South Grand Avenue, Suite 3400
> Los Angeles, California 90071
> Telephone: (213) 687-5000
> Fax: (213) 687-5600
> Van.Durrer@skadden.com
> Destiny.Almogue@skadden.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or other

1

NOTICE OF APPEARANCE                                              CASE NO.: 2:21-BK-15342-BB

otherwise filed or made with regard to these cases, which affects or seeks to affect in any way any rights or interest of any party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Independent Third-Party's right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to these cases; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to have documents served in accordance with Federal Rule of Bankruptcy Procedures 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: September 8, 2021

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

        By:     /s/ Destiny N. Almogue
                Destiny N. Almogue

        *Attorney for SierraConstellation Partners LLC*
        *Independent Third-Party*