VAN C. DURRER, II (State Bar No. 226693)
Van.Durrer@skadden.com
DESTINY N. ALMOGUE (State Bar No. 316495)
Destiny.Almogue@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

*Attorney for Independent Third-Party*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: VITALY IVANOVICH SMAGIN,<br><br>Debtor in a Foreign Proceeding | Case No.: 2:21-BK-15342-BB<br>Chapter 15<br><br>**MONTHLY STATUS REPORT**<br><br>Judge:  Hon. Sheri Bluebond<br><br>Status Conference: Sept. 15, 2021<br>Time: 11:00 a.m. PST<br>Place: Via Videoconference<br>*See* Docket No. 90 for Instructions |

Larry Perkins, Chief Executive Officer of SierraConstellation Partners LLC, in his capacity as the duly appointed independent third-party administrator (the "**Independent Third-Party**") pursuant to the *Order Granting Relief in Aid of Foreign Main Proceeding Pursuant to 11 U.S.C. § 1521* [Docket No. 84] (the "**Relief Order**"), through undersigned counsel, hereby submits this *Monthly Status Report*, pursuant to paragraph 1(f) of the Relief Order.

## I.

## BACKGROUND

On June 30, 2021, Evgeniy Nikolaevich Ratnikov ("**Mr. Ratnikov**" or the "**Foreign Representative**") filed a petition in the Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**") commencing the above-captioned chapter 15 case (the "**Chapter 15 Case**") in respect of Vitaly Ivanovich Smagin ("**Mr. Smagin**" or the "**Debtor**") and seeking recognition of the ongoing liquidation proceeding against Mr. Smagin in the Arbitration Court of the City of Moscow under Federal Law No 127-FZ "On Insolvency (Bankruptcy)" (such liquidation proceeding, the "**Russian Proceeding**") as a foreign main proceeding under the Bankruptcy Code.

On July 30, 2021, following a hearing before the Bankruptcy Court on July 28, 2021, the Bankruptcy Court entered an order granting recognition of the Russian Proceeding and certain related relief [Docket No. 50].

On August 13, 2021, following hearings before the Bankruptcy Court on August 10 and 11, 2021 regarding certain protections to be afforded to the Debtor in accordance with the provisions of title 11 of the United States Code (the "**Bankruptcy Code**") in granting discretionary relief sought by the Foreign Representative pursuant to section 1521 of the Bankruptcy Code, the Bankruptcy Court entered the Relief Order.

The Relief Order, among other things, resolved certain disputes between the Debtor and the Foreign Representative, including the Debtor's motion for an examiner [Docket No. 54]. The Relief Order also afforded the Debtor with certain additional

protections, including, the appointment of the Independent Third-Party to administer the case previously brought by the Debtor entitled *Vitaly Ivanovich Smagin v. Compagnie Monégasque De Banque a/k/a CMB Bank, et al.*, Case No. 2:20-cv-11236-RGK-PLA, pending in the United States District Court for the Central District of California (together with any appeals therefrom, including that appeal pending in the United States Court of Appeals for the Ninth Circuit under Docket No. 21-55537 (the "**Ninth Circuit Appeal**"), the "**RICO Action**") on behalf of the Debtor and with such duties, powers and rights as specified in the Relief Order.

Pursuant to paragraph 1(f) of the Relief Order, prior to the 10th day of each month, commencing September 10th, the Independent Third-Party shall file an updated monthly status report describing activities, if any, occurring during the prior month and identifying any deadlines upcoming during the next prospective 40 days relating to the RICO Action.

## II.

## AUGUST ACTIVITIES

The Independent Third-Party was appointed as of August 22, 2021 and promptly engaged Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**") as counsel. *See Joint Notice of Foreign Debtor Regarding Appointment of the Independent Third-Party* [Docket No. 91] and *Notice of Appearance* [Docket No. 94]. Skadden's engagement has been disclosed to and confirmed by counsel for the Debtor and the Foreign Representative.[1]

Since his appointment, the Independent Third-Party has been working diligently to address a variety of work streams focused on assessing the United States assets of the Debtor, which are comprised of litigation claims and a judgment in the amount of $92,503,652 (*plus* interest) entered by the District Court for the Central District of

---

[1] Skadden understands that the Foreign Representative participated in a meeting of creditors in the Russian Proceeding on September 8, 2021 and the creditors approved financing the costs associated with the appointment of the Independent Third-Party, including retainer fees for the Independent Third-Party and Skadden.

California on March 31, 2016 in the case entitled *Vitaly Ivanovich Smagin v. Ashot Yegiazaryan, a.k.a. Ashot Egiazaryan,* Case No. 14-cv-09764-R (PLAx) that has survived all appeals to date and is supported by an injunction against dissipation of assets (the "**California Judgment**").  The Independent Third-Party, in consultation with Skadden, also reviewed and analyzed the Debtor's opening brief filed in the Ninth Circuit Appeal on August 23, 2021, which the Debtor filed as contemplated by the Relief Order.

The Independent Third-Party also conducted multiple virtual meetings with key stakeholders and anticipates that formal discovery will be issued to certain parties in the near term in cooperation with the Foreign Representative and the Debtor.  The Independent Third-Party expects to continue to engage in regular meetings to support his role in this Chapter 15 Case and to reach the ultimate goal, shared by the Debtor and the Foreign Representative, of obtaining satisfaction of the California Judgment for the benefit of all stakeholders.

## III.

## UPCOMING RICO ACTION DEADLINES

Within the next 40 days, the following deadlines are upcoming in the Ninth Circuit Appeal:

1. September 15, 2021 – Deadline to file a motion for the extension of time to file Appellee's brief with declaration.

2. September 22, 2021 – Deadline (a) for Appellee to file and serve brief; (b) to file a petition to be heard initially *en banc*.

3. October 6, 2021 – Deadline to file a motion for the extension of time to file Appellant's reply brief with declaration.

4. October 13, 2021 – Deadline for Appellant to file and serve reply brief.

DATED: September 10, 2021

                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

                    By:        /s/ *Van C. Durrer, II*
                                 Van C. Durrer, II

                       *Attorney for Independent Third-Party*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):
**MONTHLY STATUS REPORT**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 10, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov
- **David B Golubchik**   dbg@lnbyb.com, stephanie@lnbyb.com
- **Nicholas O Kennedy**   nicholas.kennedy@bakermckenzie.com, karen.wagner@bakermckenzie.com; Nathaniel.Wilkes@bakermckenzie.com; Carmen.Ayala@bakermckenzie.com; Nada.Hitti@bakermckenzie.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Thomas Tysowsky**   thomas.tysowsky@bakermckenzie.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
United Status Bankruptcy Judge
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/10/2021 | Destiny N. Almogue | */s/ Destiny N. Almogue* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                               **F 9013-3.1.PROOF.SERVICE**