Mark D. Bloom (*Pro Hac Vice*)
Reginald Sainvil (*Pro Hac Vice*)
**BAKER & McKENZIE LLP**
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: 305-789-8927
Facsimile: 305-789-8953
Email: mark.bloom@bakermckenzie.com
      reginald.sainvil@bakermckenzie.com

Nicholas Kennedy (State Bar No. 280504)
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: nicholas.kennedy@bakermckenzie.com

Thomas Tysowsky (State Bar No. 330022)
**BAKER & McKENZIE LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Telephone: 310-201-4728
Facsimile: 310-201-0103
Email: thomas.tysowsky@bakermckenzie.com

*Counsel for the Foreign Debtor, Vitaly Ivanovich Smagin*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:21-bk-15342-BB |
| VITALY IVANOVICH SMAGIN, | Chapter 15 |
| Debtor in a Foreign Proceeding, | **LIMITED RESPONSE TO THE FOREIGN REPRESENTATIVE'S FIRST STATUS REPORT** |
| | Judge: Hon. Sheri Bluebond<br>Date: September 15, 2021<br>Time: 11:00 a.m. (PT)<br>Place: Via Videoconference |

Vitaly Ivanovich Smagin (the "**Debtor**"), by and through undersigned counsel, respectfully submits this Limited Response to the *First Status Report* [Docket No. 97] (the "**First Status Report**") filed by Evgeniy Nikolaevich Ratnikov (the "**Foreign Representative**").

### RELEVANT FACTUAL BACKGROUND

1. On July 30, 2021, the Court entered the *Order Granting Recognition of Foreign Main Proceeding and Certain Relief in Aid Thereof* [Docket No. 50] (the "**Recognition Order**").

2. On August 13, 2021, the Court entered the *Order Granting Relief in Aid of a Foreign Main Proceeding Pursuant to 11 U.S.C. § 1521* [Docket No. 84] (the "**Relief Order**"), providing additional protections to the Debtor, including directing the appointment of an independent third-party administrator. Relief Order. pp 4-5. On September 3, 2021, the Debtor and the Foreign Representative filed a joint notice [Docket No. 91] informing the Court that Larry Perkins, Chief Executive Officer of SierraConstellation Partners LLC, was appointed as the Independent Third-Party (as defined in the Relief Order).

3. Pursuant to the Relief Order, the Foreign Representative is required to "file an updated monthly status report describing activities, if any, occurring during the prior month and identifying any deadlines upcoming during the next prospective 40 days relating to the Enforcement Action or Fraudulent Conveyance Action." Relief Order, p. 9:17-19. On September 10, 2021, the Foreign Representative filed the First Status Report.

### LIMITED RESPONSE

4. In the First Status Report, the Foreign Representative alleges that he has "learned that the Liechtenstein Proceeding was initiated by persons affiliated with the Lionmoor Foundation, an entity established by and for the benefit of Mr. Smagin and to which he subsequently made the Unauthorized Receivables Transfer in violation of Russian law and the orders of the Moscow Court." First Status Report ¶ H.

5. The Debtor disagrees with the Foreign Representative's representations regarding the commencement of the Liechtenstein Proceeding, as well as his characterization of the transaction pursuant to which certain rights were transferred to the Lionmoor Foundation. No aspect of the Liechtenstein Proceeding is before this Court, and the Debtor reserves all rights with respect to the events as described in this section of the First Status Report.

Dated: September 13, 2021
       Los Angeles, CA

Respectfully submitted,

**BAKER & MCKENZIE LLP**

By: /s/ Nicholas Kennedy
    Mark D. Bloom (*Pro Hac Vice*)
    Reginald Sainvil (*Pro Hac Vice*)
    1111 Brickell Avenue
    Suite 1700
    Miami, FL 33131
    Telephone: (305) 789-8900
    Email: mark.bloom@bakermckenzie.com
           reginald.sainvil@bakermckenzie.com

      - and -

    Nicholas Kennedy (State Bar No. 28504)
    1900 N. Pearl St.
    Suite 1500
    Dallas, TX 75201
    Telephone: (214) 978-3000
    Email: nicholas.kennedy@bakermckenzie.com

      - and -

    Thomas Tysowsky (State Bar No. 330022)
    10250 Constellation Boulevard
    Suite 1850
    Los Angeles, CA 90067
    Telephone: (310) 201-4728
    Email: Thomas.Tysowsky@bakermckenzie.com

    *Counsel for Foreign Debtor*
    *Vitaly Ivanovich Smagin*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Baker & McKenzie LLP, 1900 North Pearl Street, Suite 1500, Dallas, TX 75201

A true and correct copy of the foregoing document entitled (*specify*): __Limited Response to the Foreign Representative's First Status Report__

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __09/13/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: **See attached service list.**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __09/13/2021__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Sheri Bluebond
Los Angeles Division
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple street
Bin Outside of Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/13/2021 | Nicholas Kennedy | *Nicholas Kennedy* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

- **Destiny N Almogue** destiny.almogue@skadden.com, dlmlclac@skadden.com;wendy.lamanna@skadden.com

- **Eryk R Escobar** eryk.r.escobar@usdoj.gov, Hatty.yip@usdoj.gov

- **David B Golubchik** dbg@lnbyb.com, stephanie@lnbyb.com

- **Nicholas O Kennedy** nicholas.kennedy@bakermckenzie.com, karen.wagner@bakermckenzie.com;Nathaniel.Wilkes@bakermckenzie.com;Carmen.Ayala@bakermckenzie.com;Nada.Hitti@bakermckenzie.com

- **Hamid R Rafatjoo** hrafatjoo@raineslaw.com, bclark@raineslaw.com

- **Thomas Tysowsky** thomas.tysowsky@bakermckenzie.com

- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov