| | |
|---|---|
| Mark D. Bloom (Pro Hac Vice)<br>Baker & McKenzie LLP<br>1111 Brickell Avenue, Ste 1700<br>Miami, FL 33131<br>Telephone: 305-789-8927; Facsimile: 305-789-8953<br><br>Nicholas Kennedy (State Bar No. 280504<br>Baker & McKenzie LLP<br>1900 North Pearly Street, Ste 1500<br>Dallas, TX 75201<br>Telephone: 214-972-3000; Facsimile: 214-978-3099<br>Email: nicholas.kennedy@bakermckenzie.com<br><br>Thomas Tysowsky (State Bar No. 330022)<br>Baker & McKenzie LLP<br>10250 Constellation Blvd., Suite 1850,<br>Los Angeles, CA 90067<br>Telephone: 310-201-4728; Facsimile: 210-201-0103<br>Email: thomas.tysowsky@bakermckenzie.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Foreign Debtor, Vitaly Ivanovich Smagin | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 20 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY penning    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>VITALY IVANOVICH SMAGIN,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-15342-BB<br>CHAPTER: 15<br><br>**ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☒ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Foreign Debtor, Vitaly Ivanovich Smagin

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Foreign Debtor's Motion for Leave to File Limited Response to the Substitution Motion in the Enforcement Action

   b. *Date of filing of motion:* September 20, 2021

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s).

   *Date of filing of Application*: September 20, 2021

3. Based upon the court's review of the application, it is ordered that:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 9075-1.1.ORDER.SHORT.NOTICE**

a. ☒ **The Application is denied because the underlying motion is DENIED.  It was indeed the intention of this court to permit the Foreign Representative to be substituted as the sole plaintiff in the Enforcement Action in the place and stead of the debtor.  When the Relief Order said that "Nothing precludes the Debtor from being heard in this Court [i.e., the bankruptcy court]** *in respect of* **the Enforcement Action or Fraudulent Transfer Action," [emphasis added] the court meant that the debtor may bring matters to the attention of the bankruptcy court that relate to or concern the Enforcement Action.  The point of this language and of the requirement that the Foreign Representative file status reports was so that the debtor could bring to** *this Court's attention* **any concerns that the debtor may have with regard to the manner in which the Foreign Representative was conducting himself in connection with the Enforcement Action and not so that the debtor could intervene or participate directly in any way in the district court action.**

###

Date: September 20, 2021

Sheri Bluebond
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 2     F 9075-1.1.ORDER.SHORT.NOTICE