Mark D. Bloom (*Pro Hac Vice*)
Reginald Sainvil (*Pro Hac Vice*)
**BAKER & MCKENZIE LLP**
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: 305-789-8927
Facsimile: 305-789-8953
Email: mark.bloom@bakermckenzie.com
       reginald.sainvil@bakermckenzie.com

Nicholas Kennedy (State Bar No. 280504)
**BAKER & MCKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Email: nicholas.kennedy@bakermckenzie.com

Thomas Tysowsky (State Bar No. 330022)
**BAKER & MCKENZIE LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Telephone: 310-201-4728
Facsimile: 310-201-0103
Email: thomas.tysowsky@bakermckenzie.com

*Counsel for the Foreign Debtor, Vitaly Ivanovich Smagin*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES**

| | |
|---|---|
| In re:<br><br>VITALY IVANOVICH SMAGIN,<br><br>Debtor in Foreign Proceeding, | U.S. Bankruptcy Court<br>Case No. 2:21-bk-15342-BB<br>Chapter 15<br><br>On Appeal to:<br>U.S. District Court<br>Case No. 2:21-cv-0756-ODW<br><br>**APPELLANT'S STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD** |

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 2:21-bk-15342-BB
STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD

Pursuant to Rule 8009(a)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 8000-1, Appellant Vitaly Ivanovich Smagin submits this Statement of Issues for Appeal and Designation of the Record in connection with the appeal from the bankruptcy court's September 20, 2021 Order [Doc. 104] (the "Order Denying Motion For Leave"), which denies Appellant's Motion for Leave to File Limited Response to the Substitution Motion in the Enforcement Action [Doc. 102] ("Motion for Leave").

## STATEMENT OF ISSUES FOR APPEAL

The following issues are presented in this appeal:

1. Whether the bankruptcy court erred in refusing to permit the Appellant, and plaintiff in the Enforcement Action, to file a limited response in the Enforcement Action objecting to the Foreign Representative's substitution motion, which seeks relief that is beyond the scope of the intervention authorized in § 1524 of the Bankruptcy Code and is not authorized under any other applicable provision of the Bankruptcy Code or federal law.

In addition, because the bankruptcy court's stated reason for denying Appellant's motion for leave was based on its "*intention*" that its prior Order Granting Relief in Aid of Foreign Main Proceeding pursuant to 11 U.S.C. § 1521, (Doc. 84) (the "Relief Order"), granted substitution rights to the Foreign Representative (*see* Order Denying Motion for Leave at 2, [Doc. 104] (emphasis added)), this appeal also presents the following issue for appeal:

2. Whether the bankruptcy court's Relief Order [Doc. 84], as subsequently modified through interpretation in its denial of Appellant's Motion for Leave, [Doc. 104]—without a request by any party for, or consent of Appellant to, such modification and without notice and a hearing—impermissibly confers substitution powers upon the Foreign Representative in violation of both the U.S. bankruptcy law that governs the rights of a foreign representative upon recognition of a foreign proceeding and the Russian bankruptcy law that governs the underlying foreign proceeding and does not grant substitution authority to the financial manager of an individual in a bankruptcy case.

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA  90067
Tel: 310.201.4728

2

Case No. 2:21-bk-15342-BB
STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD

Main Document    Page 3 of 12

# DESIGNATION OF THE RECORD

Appellant designates the below-listed records, documents, and/or transcripts, including all attachments and exhibits included therewith, from this action for inclusion in the record on appeal in the appeal pending before the District Court currently identified as Case No. 2:21-cv-0756-ODW:

| DATE FILED | COURT DOCKET NO. | DOCUMENT NAME |
|---|---|---|
| 06/30/2021 | 1 | Chapter 15 Petition for Recognition of Foreign Proceeding. Filed by Vitaly Ivanovich Smagin |
| 06/30/2021 | 2 | Application Foreign Representative's Application for Recognition of Foreign Main Proceeding and Certain Related Relief; Memorandum of Points and Authorities in Support Thereof. Filed by Debtor Vitaly Ivanovich Smagin (Attachments: # 1 Memorandum of Points and Authorities # 2 Exhibit A) |
| 06/30/2021 | 3 | Declaration Of Evgeniy Nikolaevich Ratnikov In Support Of Verified Petition Filed by Debtor Vitaly Ivanovich Smagin (RE: related document(s)2 Application Foreign Representative's Application for Recognition of Foreign Main Proceeding and Certain Related Relief; Memorandum of Points and Authorities in Support Thereof). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I) |
| 07/06/2021 | 23 | Opposition to (related document(s): 2 Application Foreign Representative's Application for Recognition of Foreign Main Proceeding and Certain Related Relief; Memorandum of Points and Authorities in Support Thereof filed by Debtor Vitaly Ivanovich Smagin) and Request for Status Conference Filed by Debtor Vitaly Ivanovich Smagin (Attachments: # 1 Proposed Order Exhibit A - Proposed Order # 2 Exhibit B - April 20 Order # 3 Proof of Service) |
| 07/08/2021 | 27 | Response to (related document(s): 2 Application Foreign Representative's Application for Recognition of Foreign Main Proceeding and Certain Related Relief; Memorandum of Points and Authorities in Support Thereof filed by Debtor Vitaly Ivanovich Smagin) Foreign Representative's Statement Opposing |

Case No. 2:21-bk-15342-BB
STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

| DATE FILED | COURT DOCKET NO. | DOCUMENT NAME |
|---|---|---|
|  |  | the Debtor's Notice of Opposition and Request for Status Conference Filed by Interested Party Evgeniy Nikolaevich Ratnikov |
| 07/08/2021 | 28 | Order Denying Request of Foreign Debtor for Adjournment of hearing on Chapter 15 Petition and Scheduling of Emergency Status Conference; (BNC-PDF) (Related Doc # 23 ) |
| 07/14/2021 | 40 | Opposition to (related document(s): 1 Chapter 15 Petition for Recognition of a Foreign Proceeding (Official Form 401) filed by Debtor Vitaly Ivanovich Smagin) - Foreign Debtor's (I) Initial Response in Opposition to Petition, and (II) Related Motion for Entry of Scheduling Order Establishing Final Briefing and Discovery Schedule and Adjourned Date for Final Evidentiary Hearing on Recognition and Relief Filed by Debtor Vitaly Ivanovich Smagin (Attachments: # 1 Exhibit A # 2 Proof of Service) |
| 07/21/2021 | 41 | Reply to (related document(s): 1 Chapter 15 Petition for Recognition of a Foreign Proceeding (Official Form 401) filed by Debtor Vitaly Ivanovich Smagin, 2 Application Foreign Representative's Application for Recognition of Foreign Main Proceeding and Certain Related Relief; Memorandum of Points and Authorities in Support Thereof filed by Debtor Vitaly Ivanovich Smagin, 3 Declaration filed by Debtor Vitaly Ivanovich Smagin, 4 Declaration filed by Debtor Vitaly Ivanovich Smagin, 40 Opposition filed by Debtor Vitaly Ivanovich Smagin) Foreign Representative's Reply In Support Of Recognition and Related Relief Filed by Interested Party Evgeniy Nikolaevich Ratnikov |
| 07/26/2021 | 42 | Declaration of Novikov Pavel Viktorovich Filed by Debtor Vitaly Ivanovich Smagin (RE: related document(s)40 Opposition). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proof of Service) |
| 07/28/2021 | 45 | Objection (related document(s): 2 Application Foreign Representative's Application for Recognition of Foreign Main Proceeding and Certain Related Relief; Memorandum of Points and Authorities in Support Thereof filed by Debtor Vitaly Ivanovich Smagin, 3 |

4

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 2:21-bk-15342-BB
STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD

| DATE FILED | COURT DOCKET NO. | DOCUMENT NAME |
|---|---|---|
| | | Declaration filed by Debtor Vitaly Ivanovich Smagin, 4 Declaration filed by Debtor Vitaly Ivanovich Smagin, 41 Reply filed by Interested Party Evgeniy Nikolaevich Ratnikov) - Foreign Debtor's Evidentiary Objections to Evidence Submitted by Foreign Representative In Support of His Application for Recognition of Foreign Main Proceeding and Certain Related Relief - Filed by Debtor Vitaly Ivanovich Smagin |
| 07/30/2021 | 50 | Order Granting Recognition Of Foreign Main Proceeding And Certain Relief In Aid Thereof (BNC-PDF) (Related Doc # 1 ) |
| 08/03/2021 | 53 | Transcript regarding Hearing Held 07/28/21 RE: In Re: Vitaly Ivanovich Smagin. Remote electronic access to the transcript is restricted until 11/1/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal or purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Corporation, Telephone number 8882720022.]. Notice of Intent to Request Redaction Deadline Due By 8/10/2021. Redaction Request Due By 08/24/2021. Redacted Transcript Submission Due By 09/3/2021. Transcript access will be restricted through 11/1/2021. (Hyatt, Mitchell) |
| 08/05/2021 | 54 | Motion to Appoint Examiner - Motion of Foreign Debtor Vitaly Ivanovich Smagin for Appointment of an Examiner Pursuant to Section 1521(a)(5) of the Bankruptcy Code Filed by Debtor Vitaly Ivanovich Smagin |
| 08/05/2021 | 55 | Declaration of Nicholas O. Kennedy in Support of Motion of Foreign Debtor Vitaly Ivanovich Smagin for Appointment of an Examiner Pursuant to Section 1521(a)(5) of the Bankruptcy Code Filed by Debtor Vitaly Ivanovich Smagin (RE: related document(s)54 Motion to Appoint Examiner - Motion of Foreign Debtor Vitaly Ivanovich Smagin for Appointment of an Examiner Pursuant to Section 1521(a)(5) of the Bankruptcy Code). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 |

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 2:21-bk-15342-BB
STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD

| DATE FILED | COURT DOCKET NO. | DOCUMENT NAME |
|---|---|---|
| | | Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27 # 28 Exhibit 28 # 29 Exhibit 29 # 30 Exhibit 30 # 31 Exhibit 31 # 32 Exhibit 32 # 33 Exhibit 33 # 34 Exhibit 34 # 35 Exhibit 35 # 36 Exhibit 36 # 37 Exhibit 37 # 38 Exhibit 38) |
| 08/05/2021 | 56 | Declaration of Nicolas W. Reithner Filed by Debtor Vitaly Ivanovich Smagin (RE: related document(s)54 Motion to Appoint Examiner - Motion of Foreign Debtor Vitaly Ivanovich Smagin for Appointment of an Examiner Pursuant to Section 1521(a)(5) of the Bankruptcy Code) |
| 08/09/2021 | 64 | Status report Foreign Representative's Status Report Regarding Protections Hearing Filed by Interested Party Evgeniy Nikolaevich Ratnikov (RE: related document(s)50 Order (Generic) (BNC-PDF)). |
| 08/10/2021 | 75 | Hearing Continued (RE: related document(s)1 Chapter 15 Petition for Recognition of a Foreign Proceeding (Official Form 401) filed by Debtor Vitaly Ivanovich Smagin); Hearing to be held on 8/11/2021 at 11:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond |
| 08/11/2021 | 78 | Hearing Continued re: Chapter 15 Petition for Recognition of Foreign Proceeding 1; RULING - Status hearing to be held on 8/12/2021 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond |
| 08/13/2021 | 83 | Hearing Held re: Chapter 15 Petition for Recognition of Foreign Proceeding 1; RULING - GRANTED; ORDER TO FOLLOW - EITHER CONSENSUAL FORM OF ORDER BY 5PM 8/12/21 W/NOTICE OF LODGMENT OR 3PM FRIDAY 8/13/21 SEPARATE FORMS OF ORDERS W/NOTICE OF LODGMENT; |

6

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 2:21-bk-15342-BB
STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD

| DATE FILED | COURT DOCKET NO. | DOCUMENT NAME |
|---|---|---|
| 08/13/2021 | 84 | Order Granting Relief in Aid of a Foreign Main Proceeding Pursuant to 11 USC Section 1521; SEE ORDER FOR FURTHER DETAILS; (BNC-PDF) (Related Doc # 1 ) |
| 08/13/2021 | 85 | Transcript regarding Hearing Held 08/10/21 RE: In Re: Vitaly Ivanovich Smagin. Remote electronic access to the transcript is restricted until 11/12/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal or purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Corporation, Telephone number 8882720022.]. Notice of Intent to Request Redaction Deadline Due By 8/20/2021. Redaction Request Due By 09/3/2021. Redacted Transcript Submission Due By 09/13/2021. Transcript access will be restricted through 11/12/2021. (Hyatt, Mitchell) |
| 08/13/2021 | 86 | Transcript regarding Hearing Held 08/11/21 RE: In Re: Vitaly Ivanovich Smagin. Remote electronic access to the transcript is restricted until 11/12/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal or purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Corporation, Telephone number 8882720022.]. Notice of Intent to Request Redaction Deadline Due By 8/20/2021. Redaction Request Due By 09/3/2021. Redacted Transcript Submission Due By 09/13/2021. Transcript access will be restricted through 11/12/2021. (Hyatt, Mitchell) |
| 08/16/2021 | 89 | Transcript regarding Hearing Held 08/10/21 RE: In Re: Vitaly Ivanovich Smagin - CORRECTED. Remote electronic access to the transcript is restricted until 11/15/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal or purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Corporation, Telephone number 8183437040.]. Notice of Intent to Request Redaction |

7

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 2:21-bk-15342-BB
STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD

| DATE FILED | COURT DOCKET NO. | DOCUMENT NAME |
|---|---|---|
|  |  | Deadline Due By 8/23/2021. Redaction Request Due By 09/7/2021. Redacted Transcript Submission Due By 09/16/2021. Transcript access will be restricted through 11/15/2021. (Hyatt, Mitchell) |
| 09/03/2021 | 91 | Notice Joint Notice of Foreign Representative and Foreign Debtor Regarding Appointment of the Independent Third-Party Filed by Interested Party Evgeniy Nikolaevich Ratnikov (RE: related document(s)84 Order Granting Relief in Aid of a Foreign Main Proceeding Pursuant to 11 USC Section 1521; SEE ORDER FOR FURTHER DETAILS; (BNC-PDF) (Related Doc # 1) |
| 09/10/2021 | 97 | Status report First Status Report Filed by Interested Party Evgeniy Nikolaevich Ratnikov (RE: related document(s)84 Order on Generic Motion (BNC-PDF), 90 Notice). |
| 09/13/2021 | 98 | Objection (related document(s): 97 Status report filed by Interested Party Evgeniy Nikolaevich Ratnikov) - Limited Response to the Foreign Representative's First Status Report Filed by Debtor Vitaly Ivanovich Smagin |
| 09/20/2021 | 102 | Motion for Leave to File Limited Response to the Substitution Motion in the Enforcement Action Filed by Debtor Vitaly Ivanovich Smagin (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Substitution Motion # 3 Exhibit C - Proposed Limited Response # 4 Exhibit D - Declaration of Novikov Pavel Viktorovich) |
| 09/20/2021 | 103 | Motion for Leave to File Limited Response to the Substitution Motion in the Enforcement Action Filed by Debtor Vitaly Ivanovich Smagin (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Substitution Motion # 3 Exhibit C - Proposed Limited Response # 4 Exhibit D - Declaration of Novikov Pavel Viktorovich) |
| 09/20/2021 | 104 | Order Denying Application For Order Setting Hearing On Shortened Notice (BNC-PDF) (Related Doc # 103) |

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

8

Case No. 2:21-bk-15342-BB
STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD

| DATE FILED | COURT DOCKET NO. | DOCUMENT NAME |
|---|---|---|
| 09/21/2021 | 108 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 21-BB-28. RE Hearing Date: 09/15/21, RE: STATUS CONFERENCE RE : RICO AND ENFORCEMENT ACTION [TRANSCRIPTION SERVICE PROVIDER: BEN HYATT CERTIFIED DEPOSITION REPORTERS, Telephone number Ph: (888) 272-0022, ext. 201 or ext. 206.] (RE: related document(s)105 Transcript Order Form (Public Request) filed by Debtor Vitaly Ivanovich Smagin, 106 Transcript Order Form (Public Request) filed by Debtor Vitaly Ivanovich Smagin) |
| 09/21/2021 | 109 | Notice of Appeal and Statement of Election to U.S. District Court.(Official Form 417A) . Fee Amount $298 Filed by Debtor Vitaly Ivanovich Smagin (RE: related document(s)104 ORDER shortening time (BNC-PDF)). Appellant Designation due by 10/5/2021. (Attachments: # 1 Notice of Interested Parties # 2 Notice of Related Cases) |
| 09/22/2021 | 110 | Notice of Referral of Appeal to the United States District Court, Central District of California; with Notice of Appeal Service List. (RE: related document(s)109 Notice of Appeal and Statement of Election (filed by Debtor Vitaly Ivanovich Smagin) |
| 09/22/2021 | 111 | Transcript regarding Hearing Held 09/15/21 RE: In Re: Vitaly Ivanovich Smagin. Remote electronic access to the transcript is restricted until 12/21/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal or purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Corporation, Telephone number 8183437040.]. Notice of Intent to Request Redaction Deadline Due By 9/29/2021. Redaction Request Due By 10/13/2021. Redacted Transcript Submission Due By 10/25/2021. Transcript access will be restricted through 12/21/2021. (Hyatt, Mitchell) |

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

9

Case No. 2:21-bk-15342-BB
STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD

| DATE FILED | COURT DOCKET NO. | DOCUMENT NAME |
|---|---|---|
| 09/23/2021 | 113 | Notice RE: Appeal from Bankruptcy Court (USDC) RE: 2:21-cv-07562-ODW (Originally filed at District Court 09/23/2021). (RE: related document(s)109 Notice of Appeal and Statement of Election; filed by Debtor Vitaly Ivanovich Smagin) |

Dated: September 29, 2021  
Los Angeles, CA

Respectfully submitted,

**BAKER & MCKENZIE LLP**

By: */s/ Nicholas Kennedy*  
    Mark D. Bloom (*Pro Hac Vice*)  
    Reginald Sainvil (*Pro Hac Vice*)  
    1111 Brickell Avenue  
    Suite 1700  
    Miami, FL 33131  
    Telephone: (305) 789-8900  
    Email: mark.bloom@bakermckenzie.com  
           reginald.sainvil@bakermckenzie.com

- and -

Nicholas Kennedy (State Bar No. 28504)  
1900 N. Pearl St.  
Suite 1500  
Dallas, TX 75201  
Telephone: (214) 978-3000  
Email: nicholas.kennedy@bakermckenzie.com

- and -

Thomas Tysowsky (State Bar No. 330022)  
10250 Constellation Boulevard  
Suite 1850  
Los Angeles, CA 90067  
Telephone: (310) 201-4728  
Email: Thomas.Tysowsky@bakermckenzie.com

*Counsel for Foreign Debtor*  
*Vitaly Ivanovich Smagin*

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

10

Case No. 2:21-bk-15342-BB
STATEMENT OF ISSUES FOR APPEAL AND DESIGNATION OF THE RECORD

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Baker & McKenzie LLP, 1900 North Pearl Street, Suite 1500, Dallas, TX 75201

A true and correct copy of the foregoing document entitled (*specify*):  Appellant's Statement of Issues for Appeal and Designation of the Record
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___09/29/2021___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:  **See attached service list.**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/29/2021___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list.**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/29/2021___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Sheri Bluebond
Los Angeles Division
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple street
Bin Outside of Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/29/2021 | Nicholas Kennedy | *Nicholas Kennedy* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**

**NEF**

- **Destiny N Almogue** destiny.almogue@skadden.com, dlmlclac@skadden.com;wendy.lamanna@skadden.com

- **Eryk R Escobar** eryk.r.escobar@usdoj.gov, Hatty.yip@usdoj.gov

- **David B Golubchik** dbg@lnbyb.com, stephanie@lnbyb.com

- **Nicholas O Kennedy** nicholas.kennedy@bakermckenzie.com, karen.wagner@bakermckenzie.com;Nathaniel.Wilkes@bakermckenzie.com;Carmen.Ayala@bakermckenzie.com;Nada.Hitti@bakermckenzie.com

- **Hamid R Rafatjoo** hrafatjoo@raineslaw.com, bclark@raineslaw.com

- **Thomas Tysowsky** thomas.tysowsky@bakermckenzie.com

- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**US Mail**

Van C Durrer, II
Skadden Arps et al
300 S Grand Ave Ste 3400
Los Angeles, CA 90071