Hamid R. Rafatjoo (SBN 181564)
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:    (310) 440-4100
Facsimile:    (310) 691-1367
Email:    hrafatjoo@raineslaw.com

Carollynn H.G. Callari (*Pro Hac Vice*)
David S. Forsh (*Pro Hac Vice*)
**RAINES FELDMAN LLP**
One Rockefeller Plaza, 10th Floor
New York, NY 10020
Email:    ccallari@raineslaw.com
    dforsh@raineslaw.com

*Counsel for the Foreign Representative*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VITALY IVANOVICH SMAGIN,<br><br>Debtor in a Foreign Proceeding. | Case No. 2:21-bk-15342-BB<br><br>Chapter 15<br><br>**THIRD STATUS REPORT OF THE FOREIGN REPRESENTATIVE**<br><br>Judge: Hon. Sheri Bluebond<br>Date:   November 17, 2021<br>Time:  11:00 a.m. (PT)<br>Place:  Via Videoconference |

Evgeniy Nikolaevich Ratnikov, as the foreign representative in this Chapter 15 case ("**Mr. Ratnikov**" or the "**Foreign Representative**"), hereby files this Third Status Report (this "**Status Report**") in accordance with the Court's *Order Granting Relief in Aid of a Foreign Main Proceeding Pursuant To 11 U.S.C. § 1521* [Docket No. 84] (the "**Protections Order**") and *Order Modifying Reporting Obligations for the Foreign Representative and the Independent Third Party* [Docket No. 129].

1

## BACKGROUND

On June 30, 2021, Mr. Ratnikov commenced this case seeking recognition of the insolvency proceeding pending in the Russian Federation concerning Vitaly Ivanovich Smagin ("**Mr. Smagin**" or the "**Debtor**"). By order dated July 30, 2021 [Docket No. 50] (the "**Recognition Order**"), the Court granted recognition of the Russian Proceeding and Mr. Ratnikov as the duly appointed foreign representative of the Russian Proceeding.

Following hearings held before the Court, on August 13, 2021, the Court entered the Protections Order[1] granting further relief to the Foreign Representative, and directed the selection and appointment of an Independent Third-Party (as defined in the Protections Order; referred to herein also as the "**ITP**") to administer the RICO Action and to be kept informed by the Foreign Representative regarding the other Subject Litigations as set forth in the Protections Order. As modified by order entered on October 18, 2021, the Foreign Representative is required to file monthly status reports on or before the 3rd of each month. This is the third status report.

## STATUS UPDATE

The following has transpired since the filing of the last status report:

A.    The ITP, the Debtor and the Foreign Representative have executed an agreement concerning funding for the ITP and its counsel. The Foreign Representative is continuing to work to arrange for the initial funding requested by the ITP and his counsel.

B.    The Foreign Representative has received responses and materials to its discovery requests previously served on Ashot Yegiazaryan and certain other parties, and is in the process of reviewing such information. The ITP and his counsel have been kept informed of the status.

C.    The Foreign Representative is continuing to monitor the ongoing divorce and division of property proceedings between Mr. Yegiazaryan and his wife that are ongoing in

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Protections Order.

California and in Russia, to protect against the dissipation of assets that could be used to satisfy Mr. Yegiazaryan's obligations to Mr. Smagin.

D.    There are no deadlines during the next 40 days relating to the Enforcement Action or Fraudulent Conveyance Action.

E.    The Foreign Representative is considering remedies with respect to the appeal taken by the Debtor to oppose the Foreign Representative's attempt to substitute for the Debtor as plaintiff in the Enforcement Action, which appeal was mooted by order of Judge Klausner in the District Court providing for joinder of the Foreign Representative as lead plaintiff in the Enforcement Action. A copy of the District Court's joinder order is attached as **Exhibit A**.

F.    The Debtor has filed a motion to withdraw the reference of this Chapter 15 case, which motion is presently assigned to Judge Klausner in the District Court and will be heard on December 6, 2021. The Foreign Representative intends to oppose the withdrawal.

G.    Subject to no response being filed to any status report, the Foreign Representative submits that proceeding with the status conference as scheduled for November 17, 2021 is not necessary.

Dated:   November 3, 2021            **RAINES FELDMAN LLP**

By:    /s/ Hamid R. Rafatjoo
      Hamid R. Rafatjoo
      Carollynn H.G. Callari
      David S. Forsh

*Counsel for the Foreign Representative*

3

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-09764-RGK-PLA | Date | October 8, 2021 |
|---|---|---|---|
| Title | *Vitaly Ivanovich Smagin v. Ashot Yegiazaryan* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Re: Motion to Substitute for Plaintiff Under FRCP 17(a) & 25(c) [DE 398]

Before the Court is Evgeniy Nikolaevich Ratnikov's Motion to Substitute for Plaintiff Under FRCP 17(a) & 25(c). ("Motion") (ECF No. 398). The Court **GRANTS** the Motion as follows:

Plaintiff Vitaly Smagin is the debtor in an ongoing liquidation proceeding in Russia. On May 28, 2021, the Russian Court adjudged Smagin insolvent and appointed Ratnikov as trustee to liquidate Smagin's assets. On July 30, 2021, the U.S. Bankruptcy Court for the Central District of California entered an order granting recognition of the Russian proceeding and affirming that Ratnikov is Smagin's duly appointed Foreign Representative. On August 13, 2021, the U.S. Bankruptcy Court issued an order providing that Ratnikov "is authorized and shall administer and exercise all of [Smagin]'s rights and powers concerning or relating to[,]" among other things, the judgment entered in this case. (*See* Rafatjoo Decl., EX. B at 4, ECF No. 398-3). Ratnikov now moves to be substituted in for Smagin as Plaintiff.

Rule 25 provides that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court . . . orders the transferee to be substituted in the action or joined with the original party." Fed. R. Civ. P. 25. Here, because the Bankruptcy Court authorized Ratnikov to exercise all of Smagin's rights and powers in this case, the Court finds it appropriate to permit Ratnikov to be joined in this action as lead Plaintiff. Because joinder will allow Ratnikov to exercise Smagin's rights and powers in this case, the Court hereby **JOINS** Ratnikov to this action as lead Plaintiff and **DENIES** as moot Ratninkov's request to be substituted in as Plaintiff in Smagin's stead.

**IT IS SO ORDERED.**

_____ : _____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
**THIRD STATUS REPORT OF THE FOREIGN REPRESENTATIVE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/3/2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Destiny N Almogue**   destiny.almogue@skadden.com, dlmlclac@skadden.com;wendy.lamanna@skadden.com
- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov, Hatty.yip@usdoj.gov
- **David B Golubchik**   dbg@lnbyb.com, stephanie@lnbyb.com
- **Nicholas O Kennedy**   nicholas.kennedy@bakermckenzie.com, karen.wagner@bakermckenzie.com;Nathaniel.Wilkes@bakermckenzie.com;Carmen.Ayala@bakermckenzie.com;Nada.Hitti@bakermckenzie.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Thomas Tysowsky**   thomas.tysowsky@bakermckenzie.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/3/2021 who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
United States Bankruptcy Judge
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/3/2021 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**
2918364.1