VAN C. DURRER, II (State Bar No. 226693)
Van.Durrer@skadden.com
DESTINY N. ALMOGUE (State Bar No. 316495)
Destiny.Almogue@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Independent Third-Party*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: VITALY IVANOVICH SMAGIN, <br><br> Debtor in a Foreign Proceeding | Case No.: 2:21-BK-15342-BB <br> Chapter 15 <br><br> **MONTHLY STATUS REPORT** <br><br> Judge: Hon. Sheri Bluebond <br><br> Status Conference: Nov. 17, 2021 <br> Time: 11:00 a.m. PST <br> Place: Via Videoconference <br> *See* Docket No. 90 for Instructions |

Larry Perkins, Chief Executive Officer of SierraConstellation Partners LLC, in his capacity as the duly appointed independent third-party administrator (the "**Independent Third-Party**") pursuant to the *Order Granting Relief in Aid of Foreign Main Proceeding Pursuant to 11 U.S.C. § 1521* [Docket No. 84] (the "**Relief Order**"), through undersigned counsel, hereby submits this *Monthly Status Report*, pursuant to paragraph 1(f) of the Relief Order.

## I.

## BACKGROUND

On June 30, 2021, Evgeniy Nikolaevich Ratnikov ("**Mr. Ratnikov**" or the "**Foreign Representative**") filed a petition in the Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**") commencing the above-captioned chapter 15 case (the "**Chapter 15 Case**") in respect of Vitaly Ivanovich Smagin ("**Mr. Smagin**" or the "**Debtor**") and seeking recognition of the ongoing liquidation proceeding against Mr. Smagin in the Arbitration Court of the City of Moscow under Federal Law No 127-FZ "On Insolvency (Bankruptcy)" (such liquidation proceeding, the "**Russian Proceeding**") as a foreign main proceeding under the Bankruptcy Code.

On July 30, 2021, following a hearing before the Bankruptcy Court on July 28, 2021, the Bankruptcy Court entered an order granting recognition of the Russian Proceeding and certain related relief [Docket No. 50].

On August 13, 2021, following hearings before the Bankruptcy Court on August 10 and 11, 2021 regarding certain protections to be afforded to the Debtor in accordance with the provisions of title 11 of the United States Code (the "**Bankruptcy Code**") in granting discretionary relief sought by the Foreign Representative pursuant to section 1521 of the Bankruptcy Code, the Bankruptcy Court entered the Relief Order.

The Relief Order, among other things, resolved certain disputes between the Debtor and the Foreign Representative, including the Debtor's motion for an examiner [Docket No. 54]. The Relief Order also afforded the Debtor with certain additional

protections, including, the appointment of the Independent Third-Party to administer the case previously brought by the Debtor entitled *Vitaly Ivanovich Smagin v. Compagnie Monégasque De Banque a/k/a CMB Bank, et al.*, Case No. 2:20-cv-11236-RGK-PLA, pending in the United States District Court for the Central District of California (together with any appeals therefrom, including that appeal pending in the United States Court of Appeals for the Ninth Circuit under Docket No. 21-55537 (the "**Ninth Circuit Appeal**"), the "**RICO Action**") on behalf of the Debtor and with such duties, powers and rights as specified in the Relief Order.

Pursuant to paragraph 1(f) of the Relief Order, as amended by that *Order Modifying Reporting Obligations for the Foreign Representative and the Independent Third Party* [Docket No. 129] dated October 18, 2021, on or prior to the 3rd day of each month, the Independent Third-Party shall file an updated monthly status report describing activities, if any, occurring during the prior month and identifying any deadlines upcoming during the next prospective 40 days relating to the RICO Action.

Pursuant to paragraph 1(j) of the Relief Order, a redacted statement of fees and expenses (including attorneys' fees and costs) of the Independent Third-Party shall be filed monthly with the monthly status report, but no fee applications shall be required. Attached hereto as **Exhibit A** is a statement of fees and expenses of the Independent Third-Party for the month of October 2021. Attached hereto as **Exhibit B** is a statement of account and bill summary for the same time period.

## II.

## OCTOBER ACTIVITIES

Following the Independent Third-Party's appointment on August 22, 2021, the Independent Third-Party promptly engaged Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**") as counsel. *See Joint Notice of Foreign Debtor Regarding Appointment of the Independent Third-Party* [Docket No. 91] and *Notice of Appearance* [Docket No. 94].

Skadden's engagement has been disclosed to and confirmed by counsel for the Debtor and the Foreign Representative.

Since his appointment, the Independent Third-Party has been working diligently to address the primary work stream involved with the Ninth Circuit Appeal. Multiple parties in such appeal have requested extensions of the briefing schedule, to which the Independent Third-Party has either agreed or not opposed.

The Independent Third-Party also continued to conduct multiple conferences with key stakeholders regarding matters within the Independent Third-Party's domain. At this time, the substance of those discussions remains confidential.

The Independent Third-Party has circulated a motion to intervene in the Ninth Circuit Appeal to all stakeholders and anticipates filing such motion in advance of the next status conference.

The Independent Third-Party has concerns regarding its ability to access information to support its function. For example, the Foreign Representative's own counsel in the Chapter 15 Case does not appear to have current information regarding Moscow creditor meeting activities and approval of funding for Chapter 15 activities. The Independent Third-Party encourages traditional transparency in order to achieve the results envisioned at the time the Relief Order was entered.

### III.

### UPCOMING RICO ACTION DEADLINES

Defendant-Appellee Ashot Yegiazaryan filed a motion requesting an extension of time to file his answering brief, which no party has opposed and which the Ninth Circuit Court of Appeals has granted. Within the next 40 days, the following deadlines are upcoming in the Ninth Circuit Appeal:

1. <u>November 22, 2021</u> – Deadline for appellee's to file a motion for the further extension of time to file answering brief.

2. <u>November 29, 2021</u> – To the extent no further extension of time has been granted, deadline for (a) all appellees who have not yet filed an answering brief[1] to file an answering brief or provide written notice of election not to file brief, and (b) to file a petition to be heard initially *en banc*. Appellant's optional reply brief will be due within 21 days after service of the last-served answering brief (December 20, 2021 at the latest).

3. <u>December 13, 2021</u> – Deadline for Appellant to file a motion for the extension of time to file reply brief with declaration.

---

[1] Defendant-Appellees Compagnie Monégasque de Banque and Alexis Gaston Thielen have filed answering briefs. The remaining ten Defendant-Appellees, including the Foreign Representative, have not yet filed answering briefs.

4

MONTHLY STATUS REPORT                                    CASE NO.: 2:21-BK-15342-BB

DATED: November 3, 2021

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:    /s/ *Van C. Durrer, II*
       Van C. Durrer, II

*Attorney for Independent Third-Party*

# EXHIBIT A

**SierraConstellation Partners**

355 S. Grand Ave., Suite 1450
Los Angeles, CA 90071
Tel: (213) 289-9061
www.sierraconstellation.com

Mr. Evgeniy Nikolaevich Ratnikov
c/o Raines Feldman
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Attention: Hamid Rafatjoo, Esq.

## Invoice

**Invoice Date:** Nov 3, 2021
**Invoice Num:** 5236

**Billing Through:** Oct 31, 2021

**RE: Evgeniy Nikolaevich Ratnikov**

**Professional Services**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Business Operations** | | | | | |
| 10/5/2021 | Shenfeld Rob | Review SCP invoice and information for monthly status report; review and respond to emails from J. Recarey, L. Perkins and Skadden Arps re: same | 0.50 | $525.00 | $262.50 |
| 10/8/2021 | Shenfeld Rob | Prepare for and participate on update call with H. Rafatjoo, C. Callari, V. Durrer, D. Almouge and L. Perkins | 0.70 | $525.00 | $367.50 |
| 10/8/2021 | Perkins Lawrence | Preparation for call with counsel to independent rep and call regarding the same | 1.00 | $790.00 | $790.00 |
| 10/11/2021 | Shenfeld Rob | Review monthly report and email from/to counsel to Independent Third Party re: same | 0.20 | $525.00 | $105.00 |
| 10/12/2021 | Shenfeld Rob | Review email from Raines Feldman (C. Callari) re: recently filed Monthly Report of the ITP; email to Skadden in response thereto | 0.40 | $525.00 | $210.00 |
| 10/18/2021 | Perkins Lawrence | Review of correspondence from counsel | 0.50 | $790.00 | $395.00 |
| 10/20/2021 | Perkins Lawrence | Call with counsel re: status update | 0.50 | $790.00 | $395.00 |
| | | | 3.80 | | $2,525.00 |
| | | **Total Service Amount:** | | | **$2,525.00** |

**Reimbursable Expenses:**

| Date | Employee | Description | Amount |
|---|---|---|---|
| 10/31/2021 | Shenfeld Rob | Miscellaneous (Employee) | $48,692.00 |
| | | Skadden Invoice for Professional Services rendered through August 31, 2021 with respect to the Smagin Chapter 15 Matter | |

**Total Expenses:** $48,692.00
**Amount Due This Invoice:** **$51,217.00**

*This invoice is due upon receipt*

PAYMENT BY WIRE TO:
Boston Private Bank
10 Post Office Square
Boston, MA 02109
Routing/ABA Number: 011002343
Swift/BIC Code: BPTCUS33
Account Number: 953386562
Sierra Constellation Partners, LLC

Page 1 of 1

EXHIBIT A

7

# EXHIBIT B



**SierraConstellation Partners**

355 S. Grand Ave.
Suite 1450
Los Angeles, CA 90071
Tel: (213) 289-9061
www.sierraconstellation.com

Statement

Printed on: 11/3/2021
Page 1 of 1

Mr. Evgeniy Nikolaevich Ratnikov
c/o Raines Feldman
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Attention: Hamid Rafatjoo, Esq.

| RETAINER SUMMARY | | |
|---|---|---|
| RETAINER RECEIVED | RETAINER USED | RETAINER BALANCE |
| $0.00 | $0.00 | $0.00 |

**Re: Evgeniy Nikolaevich Ratnikov**

| Project | Invoice Number | Invoice Date | Bill Amount | Amount Paid | Last Pay Date | Invoice Balance |
|---|---|---|---|---|---|---|
| **Raines Feldman, LLP** | | | | | | |
| | 5129 | 9/8/2021 | | $13,102.50 | $0.00 | $13,102.50 |
| | 5171 | 10/5/2021 | | $8,598.50 | $0.00 | $8,598.50 |
| | 5236 | 11/3/2021 | | $51,217.00 | $0.00 | $51,217.00 |
| | | | | | **Raines Feldman: Balance:** | $72,918.00 |
| | | | | | **Raines Feldman: Balance:** | $72,918.00 |

EXHIBIT B

9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 South Grand Avenue, Suite 3400, Los Angeles, CA  90071

A true and correct copy of the foregoing document entitled (*specify*):
**MONTHLY STATUS REPORT**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 3, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov
- **David B Golubchik**   dbg@lnbyb.com, stephanie@lnbyb.com
- **Nicholas O Kennedy**   nicholas.kennedy@bakermckenzie.com, karen.wagner@bakermckenzie.com; Nathaniel.Wilkes@bakermckenzie.com; Carmen.Ayala@bakermckenzie.com; Nada.Hitti@bakermckenzie.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Thomas Tysowsky**   thomas.tysowsky@bakermckenzie.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
United Status Bankruptcy Judge
255 E. Temple Street, Suite 1534
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/03/2021 | Destiny N. Almogue | */s/ Destiny N. Almogue* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**