Hamid R. Rafatjoo (SBN 181564)
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:    (310) 440-4100
Facsimile:    (310) 691-1367
Email:    hrafatjoo@raineslaw.com

Carollynn H.G. Callari (*Pro Hac Vice*)
David S. Forsh (*Pro Hac Vice*)
**RAINES FELDMAN LLP**
One Rockefeller Plaza, 10th Floor
New York, NY 10020
Email:    ccallari@raineslaw.com
    dforsh@raineslaw.com

*Counsel for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:21-bk-15342-BB |
| VITALY IVANOVICH SMAGIN, | Chapter 15 |
| Debtor in a Foreign Proceeding. | **DECLARATION OF CAROLLYNN H.G. CALLARI** |
| | Judge:    Hon. Sheri Bluebond |
| | Date:    November 17, 2021 |
| | Time:    11:00 a.m. (PT) |
| | Place:    Via Videoconference |

I, Carollynn H.G. Callari, hereby declare and state as follows:

1.    I am an attorney admitted to practice law in the States of New York and New Jersey and admitted *pro hac vice* before this Court.  I am counsel with Raines Feldman LLP, attorneys for Evgeniy Nikolaevich Ratnikov (the "**Foreign Representative**"), in his capacity as foreign representative in this Chapter 15 case of Vitaly Ivanovich Smagin (the "**Foreign Debtor**").  I make this Declaration based on facts within my personal knowledge.  If called as a witness, I would testify to the facts set forth in this Declaration.

2.    Capitalized terms used but not otherwise defined in this Declaration having the meanings ascribed to such terms in the Debtor's Response (defined below).

2956456.1

3.      I make this Declaration in response to the *Foreign Debtor's Response to Third Status Reports of the Foreign Representative and Independent Third Party* [Docket No. 136] (the "**Debtor's Response**"), filed today by the Foreign Debtor.  The Debtor's Response informs the Court of a meeting of creditors of the Foreign Debtor scheduled to be held tomorrow in Moscow in connection with the Russian Proceeding, and it seeks to raise all sorts of alarm bells.  I believe the alarm bells are not warranted as explained herein and in the Foreign Representative's response to the Debtor's Response (the "**FR Response**"), being filed concurrently herewith.

4.      In early November, the Foreign Representative informed us, as his counsel, that two creditors of the Debtor sought to have the Foreign Representative obligated to (a) seek a settlement with Ashot Yegiazaryan and/or (b) sell Debtor's Claim against Ashot respecting the Litigation Award (as defined in the FR Response), and that a meeting of creditors to consider these proposals was scheduled for November 11, 2021 (the "November 11 Meeting of Creditors").  The Foreign Representative's *Third Status Report* was due the same day that I reviewed the *Notice of the meeting of creditors* (the "**Creditors Meeting Notice**"), which appears to be the same as what is attached as Exhibit A to the *Declaration* of *Nicholas O. Kennedy In Support of Foreign Debtor's Response to Third Status Reports of the Foreign Representative and Independent Third Party* (Docket No. 137).  It appeared that no decision on those proposals would occur before the November 11 Meeting of Creditors, and it was unclear whether the meeting would be postponed.  My colleagues and I had every intention of informing the Independent Third Party and this Court once we knew whether a new directive was given to the Foreign Representative as a result of the November 11 Meeting of Creditors, and whether that directive triggered any of the reporting obligations under the Protections Order.  But that meeting has not yet occurred – it is scheduled for tomorrow.

5.      Also, the timing of the filing of the Debtor's Response was remarkable.  On November 8, 2021, the Foreign Representative expressly asked us to inquire with the Debtor's counsel Baker & McKenzie LLP what amount the Debtor would deem a "desirable" settlement of the lawsuit against Ashot Yegiazaryan.  Even though there is no expectation that the Debtor or his counsel would be cooperative, I was in the process of drafting an email to Mr. Nicholas Kennedy

2

1    and Mr. Mark Bloom to inquire about settlement ranges.  My understanding is that, to date, the

2    Debtor has refused any settlement for a payment of less than 100% of the Claim amount.

3        6.        In light of the filing of the Debtor's Response, I did not send that email.  Rather,

4    once again, I had to turn my attention from a potentially productive endeavor to having to respond

5    to the Debtor's Response and preparing this declaration to clarify the record, once again.  But the

6    Foreign Representative still would like an answer to the question for the Debtor:  What settlement

7    amount range would be acceptable to the Debtor?

8        7.        Neither I, nor any of my colleagues, are deliberately withholding any information

9    or seeking to mislead the Independent Third Party or the Court about ongoing activities in Russia.

10   We simply understand that this Chapter 15 case is an ancillary proceeding relating to the assets in

11   the United States.  I believe there is nothing in the Protections Order that requires the Foreign

12   Representative to keep the Independent Third Party apprised of the general proceedings in Russia.

13   As stated in the Foreign Representative's *Statement with Respect to the Third Monthly Status*

14   *Report filed by the Independent Third Party* [Docket No. 138], which was prepared <u>prior</u> to the

15   filing of the Debtor's Response, to the extent that developments become relevant to the

16   Independent Third Party's role, such as any new directive of the Moscow Court or of creditors in

17   the Russian Proceeding that impact the Foreign Representative's role (and accordingly, may

18   impact the Independent Third Party's role), we have every intention of informing the Independent

19   Third Party and this Court.

20       I declare under penalty of perjury under the laws of the State of New Jersey and the United

21   States of America that the foregoing is true and correct.

22       Executed this 10th day of November, 2021, at Bridgewater, New Jersey.

23

24                                        _Carollynn HG Callari_____

25                                        Carollynn H.G. Callari

26

27

28

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
   **DECLARATION OF CAROLLYNN H.G. CALLARI**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)**
in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
11/10/2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Destiny N Almogue**    destiny.almogue@skadden.com,
  dlmlclac@skadden.com;wendy.lamanna@skadden.com
- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov, Hatty.yip@usdoj.gov
- **David B Golubchik**    dbg@lnbyb.com, stephanie@lnbyb.com
- **Nicholas O Kennedy**    nicholas.kennedy@bakermckenzie.com,
  karen.wagner@bakermckenzie.com;Nathaniel.Wilkes@bakermckenzie.com;Carmen.Ayala
  @bakermckenzie.com;Nada.Hitti@bakermckenzie.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Thomas Tysowsky**    thomas.tysowsky@bakermckenzie.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/10/2021 who consented in
writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a
declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the
document is filed.

The Honorable Sheri Bluebond
United States Bankruptcy Judge
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/10/2021 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
2918364.1

**F 9013-3.1.PROOF.SERVICE**